\*1050422734\*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

AUG 2 5 2021

RICK WARREN
COURT CLERK

| | |
|---|---|
| KIT VIVIEN LORELIED, )<br>   Petitioner, )<br> )<br>v. )<br> )<br>OKLAHOMA STATE DEPARTMENT OF )<br>HEALTH, )<br>   Respondent. ) | 127 _____<br><br>Case No. CV-2021-1306<br><br>The Honorable Aletia Timmons |

## UNOPPOSED ORDER REGISTERING FOREIGN JUDGMENT

Having reviewed the Notice of Filing Foreign Judgment by Petitioner Kit Vivien Lorelied ("Petitioner"), noting no objection by the Oklahoma State Department of Health ("Department"), Vital Records Division (the "Division") and giving full faith and credit to the records and judicial proceedings of the State of Oregon, this Court finds that for good cause shown, the Department is hereby ordered to amend the sex of the Petitioner to a nonbinary designation on Petitioner's birth certificate.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that the Oklahoma State Department of Health, Vital Records Division shall amend the sex on Kit Vivien Lorelied's birth certificate to a nonbinary designation.

_____
JUDGE OF THE DISTRICT COURT

1

**Exhibit 2**

Agreed as to form and content:

Christopher U. Brecht, OBA No. 22500
Stacy L. Acord, OBA No. 18633
Benjamin S. Saunier, OBA No. 30711
MCDANIEL ACORD, PLLC
9343 E. 95th Ct.
Tulsa, OK 74133
(918) 382-9200
cbrecht@ok-counse.com
*Attorneys for Petitioner*

Bryan Cleveland, OBA No. 33680
Zach West, OBA No. 30768
OFFICE OF THE ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
Bryan.Cleveland@oag.ok.gov
Zach.West@oag.ok.gov
*Counsel for Department*