# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIT VIVIEN LORELIED**     Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| **LANCE FRYE, M.D.,** in an official capacity as Commissioner of Health of the Oklahoma State Department of Health; **KIM BAILEY,** in an official capacity as Chief Legal Counsel and Operations of the Oklahoma State Department of Health; and, **KELLY BAKER,** in an official capacity as Registrar of Vital Records of the Oklahoma State Department of Health.     Defendants. | )<br>)<br>) Case No. CIV-20-819-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING STAY OF PROCEEDINGS

Before the Court is the Unopposed Motion to Stay [Doc. No. 17]. Plaintiff Kit Vivien Lorelied advises the Court that, while pursuing settlement, certain deadlines within the Amended Scheduling Order [Doc. 16] have expired and impending deadlines are set to expire. Plaintiff, without objection, requests a stay of these proceedings, advising that settlement is imminent. This is the second request for an extension from either party.

IT IS THEREFORE ORDERED that the Unopposed Motion to Stay is GRANTED.

IT IS FURTHER ORDERED that all dates and deadlines contained in the Amended Scheduling Order [Doc. No. 16], besides the motion to join parties and motion to amend pleadings, shall be stayed, to be reset upon proper application of the parties.

IT IS SO ORDERED this 6th day of October, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-819p003.PO.docx